IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAMARA MAMADOU,** : | |
| Petitioner, : | |
| : | |
| v. : | Civ. No. 13-1638 |
| : | |
| **RICHARD BURNS, et al.** : | |
| Respondents. : | |
| : | |

# **O R D E R**

**AND NOW**, this 8th day of October, 2013, upon consideration of the Report and Recommendation of Magistrate Judge Linda K. Caracappa (Doc. No. 8), to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of Habeas Corpus is **DENIED** without prejudice and **DISMISSED** as premature;

3. There are no grounds to issue a certificate of appealability; and

4. The Clerk of Court shall **CLOSE** this case for statistical purposes.

                                        **AND IT IS SO ORDERED.**

                                        */s/ Paul S. Diamond*
                                        _____
                                        Paul S. Diamond, J.